Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Richard Spivey

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD SPIVEY, | Case No.: 5:15-cv-01449-JCG |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: January 21, 2016

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

1  DATE: January 4, 2016    Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  BY: _____/s/ *Denise Bourgeois Haley*_____
   Denise Bourgeois Haley
4  Attorney for plaintiff Richard Spivey

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER 5:15-CV-01449-JCG

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 4, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Denise Bourgeois Haley

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____